# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00393-CR

**Merril Leroy Jessop, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT
### NO. 995, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Merril Leroy Jessop filed a pro se notice of appeal following his conviction for sexual assault. We are advised in a motion to abate filed by Daniel W. Hurley on appellant's behalf that following a hearing on May 13, 2010, the trial court overruled motions for a free record and appointed counsel on appeal. Hurley states that he is, in effect, representing appellant on a pro bono basis. Hurley asks the Court to abate the appeal from the judgment of conviction pending the resolution of the question of appellant's indigence.

The motion to abate is granted in part. If it has not already done so, the district court shall order the preparation and filing at no cost to appellant of a reporter's record from the indigency hearing. *See Snoke v. State*, 717 S.W.2d 5, 7 (Tex. Crim. App. 1986). The court shall also order the preparation of a clerk's record that is at least adequate to appeal the indigency issue. Subject to

further extension of time for good cause shown, these records should be tendered for filing no later than September 17, 2010. After the appellate record is filed, the parties shall file briefs addressing the propriety of the trial court's determination that appellant is not indigent.

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed: August 20, 2010

Do Not Publish